MEMORANDUM OPINION




No. 04-07-00155-CV



IN RE UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT SAN ANTONIO,


Hanna E. Abboud, M.D., Paolo Fanti, M.D., and Daniel Riley, M.D.



Original Mandamus Proceeding (1)



PER CURIAM


Sitting: Alma L. López, Chief Justice

 Catherine Stone, Justice

 Sandee Bryan Marion, Justice


Delivered and Filed: March 14, 2007


PETITION FOR WRIT OF MANDAMUS AND EMERGENCY MOTION FOR STAY DENIED

 The court has considered relators' petition for writ of mandamus and emergency motion for
stay. See Safety-Kleen Corp. v. Garcia, 945 S.W.2d 268, 269 (Tex. App.--San Antonio 1997, orig.
proceeding) (noting trial court has reasonable time in which to rule on pending motions). The court
is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus
and emergency motion for stay are denied.

 PER CURIAM
1. This proceeding arises out of Cause No. 2007-CI-02253, styled Juan Carlos Ayus, M.D. v. University of Texas
Health Science Center at San Antonio, Hanna E. Abboud, M.D., Paolo Fanti, M.D. and Daniel Riley, M.D., pending
in the 131st Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel presiding.